UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 16 B 22778
                                                CHAPTER 13
DEBRA L POCIUS
                                                JUDGE DONALD R CASSLING

            DEBTOR                              **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Thomas H. Hooper files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Us Bank National Association

**Final Cure Amount**

| Court Claim | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 3 | XXXXXX8222 | $14,933.04 | $14,933.04 | $14,933.04 |
| Total Amount Paid by Trustee | | | | | $14,933.04 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X** Through the Chapter 13 Conduit          __ Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 16-22778-DRC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at Chicago, Il  60603 or by the methods indicated on this 10th day of May, 2022.

Debtor:
DEBRA L POCIUS
14533 S Trumbull Av
Midlothian, Il  60445

ELECTRONIC SERVICE:
DANIEL J WINTER
53 W Jackson Blvd #718
Chicago, Il  60604
via Clerk's ECF noticing procedures

Mortgage Creditor:
KLUEVER & PLATT
65 E Wacker Pl #2300
Chicago, Il  60601

Mortgage Creditor:
JOHNSON BLUMBERG & ASSOC
230 W Monroe # 1125
Chicago, Il  60606

Mortgage Creditor:
RAS CRANE
10700 Abbotts Bridge Rd #170
Duluth, Ga  30097

Mortgage Creditor:
ALDRIDGE PITE LLP
4375 Jutland Dr Ste 200
Po Box 17933
San Diego, Ca  92177-0933

Mortgage Creditor:
BAYVIEW LOAN SERVICING
LLC
% Mccalla Raymer Leibert Pierce
Llc
1 N Dearborn St #1200
Chicago, Il  60602

Mortgage Creditor:
POTESTIVO & ASSOCIATES PC
223 W Jackson Blvd #610
Chicago, Il  60606

Creditor:
US BANK NATIONAL
ASSOCIATION
% Sn Servicing Corp
323 Fifth Street
Eureka, Ca  95601

ELECTRONIC SERVICE - United States Trustee

Date:  May 10, 2022

/s/ Thomas H. Hooper
Thomas H. Hooper
55 E. Monroe St., Suite 3850
Chicago, Il  60603